United States Circuit Court of Appeals for the First Circuit. Decided July 27, 1922. The appellant not having complied with the requisites of the order of this court dated December 22, 1920, whereby an appeal from our judgment of June 4, 1920, was allowed, the motion of the appellee is sustained and the action is considered as abandoned.

No. 372. CIVIDANES, PETITIONER, *v.* DISTRICT COURT OF GUAYAMA, RESPONDENT.—Certiorari. Decided July 29, 1922. Motion of Withdrawal. Inasmuch as the purpose of the appeal was to review the order of the court below of June 9, 1922, appointing an arbitrator and this order was set aside by a later order, the case is dismissed and the writ discharged.

No. 1932. PEOPLE, APPELLEE, *v.* OLIVENCIA, APPELLANT.— District Court of Mayagüez. Decided July 29, 1922. Violation of the excise-tax law. There being no bill of exceptions or statement of the case, no brief having been filed and no substantial error being shown, the judgment is affirmed.

No. 362. OWENS, PETITIONER, *v.* FIRST DISTRICT COURT OF SAN JUAN, RESPONDENT.—Certiorari. Decided July 29, 1922. No real error of procedure having been shown, for the reasons stated in *Acha* v. *District Court of Ponce*, decided July 29, 1922, the writ is discharged.

No. 2740. VÁZQUEZ ET AL., APPELLANTS, *v.* IBARRA, APPELLEE.—District Court of Guayama. Decided November 7, 1922. It appearing that the judgment was entered on September 19, 1921, and the appeal was taken on the 23rd; that the transcript has not been filed, and that the statement of the case is not pending settlement, the motion is sustained and the appeal is dismissed.

No. 2830. OLMEDO ET AL., APPELLEES, *v.* PASTRANA, APPELLANT.— District Court of Humacao. Decided November 7, 1922. It appearing that the judgment was entered on May 29 and the appeal was taken on July 12, following, or after